IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRIGINA ABBEY, *et al,*<br><br>Defendants. | No.: 19-cr-30012-SEM-TSH |

## MOTION TO WITHDRAW AS CJA COUNSEL
## FOR DEFENDANT ORLANDO WEBSTER

The undersigned CJA appointed attorney for Defendant Orlando Webster[1] moves this Court for entry of an order allowing the undersigned to withdraw as attorney for Defendant Orlando Webster and appointing new counsel for Defendant Orlando Webster.

The basis of this Motion is that there has been a breakdown in the attorney-client relationship between the undersigned and Defendant Webster such that it prevents the undersigned from providing effective representation to Defendant Webster. The breakdown of this relationship came to a head on the afternoon of

---

[1] The undersigned was appointed CJA counsel on April 30, 2020. *See* Minute Entry of April 30, 2020.

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

July 13, 2021, the date this Motion is being filed.

The undersigned hereby requests that if the Court deems it necessary, that an *ex parte* hearing be held so that the Court can examine the grounds for this Motion.

s/ Stanley N. Wasser
Stanley N. Wasser
Bar Number 2947307
Attorney for Defendant Webster
FeldmanWasser
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
(217) 544-3403
Fax: (217) 544-1593
swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **3**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Tanner K Jacobs | tanner.jacobs@usdoj.gov |
| Abby Lynn Sgro | als@heplerbroom.com |
| Daniel L Fultz | dfultz@bhslaw.com |
| Douglas Benjamin Johnson | doug@jlawgroup.com |
| Jason Richard Vincent | jvincent@delanolaw.com |
| Jeffrey T. Page | jeffpagelawoffice@yahoo.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Orlando Webster
USM #22713-026
Livingston County Jail
844 W. Lincoln Street
Pontiac, IL 61764

/s/Stanley N. Wasser
Stanley N. Wasser
Bar Number 2947307

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **3**